**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOSSIE R. WILLIAMS,

        Plaintiff,                     Civil Case Number: 06-14064

v.                                       JUDGE PAUL D. BORMAN
                                         MAG. JUDGE PAUL J. KOMIVES
JANICE N. HOPKINS and           UNITED STATES DISTRICT COURT
MICHAEL A. COX,

        Defendants.
_____ /

**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DENYING PLAINTIFF'S REQUEST FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Plaintiff's request for entry of a Temporary Restraining Order. Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby;

(1)     **ADOPTS** the Magistrate Judge's Report and Recommendation, and;

(2)     **DENIES** Plaintiff's Request for Entry of a Temporary Restraining Order (Doc. No. 20).

**SO ORDERED**.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 6, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 6, 2007.

                                            s/Denise Goodine
                                            Case Manager