# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOSSIE R. WILLIAMS,

        Plaintiff,                        Civil Case Number: 06-14064

v.                                                   JUDGE PAUL D. BORMAN
                                                   MAG. JUDGE PAUL J. KOMIVES
JANICE N. HOPKINS and                 UNITED STATES DISTRICT COURT
MICHAEL A. COX,

        Defendants.
_____ /

## ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT COX'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting in part and denying in part Defendant Michael A. Cox's Motion to Dismiss. The Magistrate Judge recommends granting Defendant Cox's Motion to Dismiss to the extent it seeks dismissal of the Complaint against him and denying the Motion as premature to the extent it seeks an award of attorney fees and court costs. Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby;

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation, and

    (2)    **GRANTS IN PART AND DENYS IN PART** Defendant Cox's Motion to Dismiss (Doc. No. 21).

**SO ORDERED**.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: September 6, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 6, 2007.

                                        s/Denise Goodine
                                        Case Manager